IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         CRIMINAL NO.  5:04cr5BrSu

BENTON PLANTING COMPANY
(A Mississippi Partnership)

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, BENTON PLANTING COMPANY (A Mississippi Partnership), without prejudice.

                                                DUNN LAMPTON
                                                United States Attorney

Date:  February 1, 2006            s/John M. Dowdy, Jr.
                                By:   JOHN M. DOWDY, JR.
                                       Chief, Criminal Division
                                       Mississippi Bar No. 8896

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   7th   day of    February   , 2006.

                                           s/David Bramlette
                                     UNITED STATES DISTRICT JUDGE